UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DOMINIQUE LASHON THOMAS,**

      Plaintiff,

v.                                                                Case No. 23-CV-438

**DMCPS, et al.,**

      Defendant.

---

## ORDER

On May 15, 2023, Magistrate Judge William E. Duffin issued a decision recommending that Dominique Lashon Thomas' pro se complaint and this action be dismissed. The recommendation was mailed to pro se plaintiff that same day. Under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), the parties had 14 days to file written objections to the order. That time has expired without either party filing an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Recommendation (ECF No. 6) is **ACCEPTED**. For the reasons stated in the recommendation, Ms. Thomas' complaint (ECF No. 1) and this action are **DISMISSED**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2023.

                                        /s/Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge